## Commonwealth ex rel. Hayes, Appellant, *v.* Maroney.

Submitted March 13, 1967. Before BELL, C. J., MUS-MANNO, JONES, EAGEN and ROBERTS, JJ.

*William Hayes,* appellant, in propria persona.

*Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1967:
Order affirmed.

Mr. Justice COHEN and Mr. Justice O'BRIEN took no part in the consideration or decision of this case.